**No. 40282.**—Protest 944092–G of F. W. Woolworth Co. (San Francisco).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of beach balls similar to those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770). The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 40283.**—Protests 755136–G, etc., of Langfelder, Homma & Hayward, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that certain items consist of novelties in chief value of rubber. They were held dutiable at 25 percent under paragraph 1537 (b) on the authority of Abstract 25607. Uninflated rubber balls or so-called beach balls the same as those the subject of *Woolworth* v. *United States* (T. D. 48231) and *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) were held dutiable at 30 percent under paragraph 1502.

**No. 40284.**—Protests 942660–G, etc., of F. W. Woolworth Co. (Philadelphia).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstract 37636 the cabinets in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 40285.**—Protest 946863–G of Cuno Sievers (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of mineral wax the same as that the subject of *Smith* v. *United States* (C. D. 18). The claim for free entry under paragraph 1796 was therefore sustained.

**No. 40286.**—Protests 460012–G, etc., of American Import Co. et al. (Los Angeles, etc.).

Opinion by SULLIVAN, J. On the records presented the protests were overruled.

**No. 40287.**—Protest 638502–G of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by SULLIVAN, J. The protest was dismissed.